NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**AIA ENGINEERING LIMITED,**
*Plaintiff/Counterclaim Defendant-Appellee,*

**and**

**VEGA INDUSTRIES, LTD., INC.,**
*Third Party Defendant-Appellee,*

v.

**MAGOTTEAUX INTERNATIONAL S/A
AND MAGOTTEAUX, INC.,**
*Defendants/Counterclaim Plaintiffs- Appellants.*

2011-1058

Appeal from the United States District Court for the Middle District of Tennessee in case no. 09-CV-0255, Judge William J. Haynes, Jr.

## ON MOTION

## ORDER

Magotteaux International S/A and Magotteaux, Inc. move for oral argument on the first available calendar date following submission of the Joint Appendix. It is the

practice of this court to schedule oral argument on the next available calendar.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

__FEB 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David Lieberworth, Esq.
    Robert S. Rigg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2011

JAN HORBALY
CLERK